# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-53 (MTT) |
| | ) |
| ADRIAN HOWARD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

The government has moved to continue this case until the next trial term. Doc. 20. The defendant was indicted on September 15, 2021 and had his arraignment in this Court on October 6, 2021. Docs. 1; 11. No prior continuances have been granted. The government now moves the Court to continue this case to the next trial term to provide additional time for the defendant to review discovery, prepare an effective defense, to more fully prepare for trial with his appointed counsel, and provide defendant's counsel an opportunity to continue discussions with the government regarding case resolution. Doc. 20 at 2. The defendant does not oppose the motion. *Id*. at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 20) is **GRANTED**. The case is continued from the November term until the Court's trial term presently scheduled for **January 18, 2022**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 26th day of October, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT