**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **CASE NO. 5:21-CR-53 (MTT)** |
| ) | |
| **ADRIAN HOWARD,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## ORDER

The defendant, by and through his counsel, has moved to continue this case until the next trial term.  Doc. 28.  The defendant was indicted on September 15, 2021, and had his arraignment in this Court on October 6, 2021.  Docs. 1; 11.  Two prior continuances have been granted.  Docs. 21; 24.  The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to provide additional time for newly assigned defense counsel to become familiar with the facts and issues of the case as well as continue negotiating with the government.  Doc. 28 at 2.  The Court confirmed the government does not oppose the motion.  Doc. 32.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 28) is **GRANTED**.  The case is continued from the February term until the Court's trial term presently scheduled for **May 23, 2022**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 18th day of February, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT