IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ADRIAN HOWARD , | * |
| Movant, | * |
| v. | Case No. 5:21-cr-053-MTT-CHW-1 |
| | Case No. 5:24-cv-376-MTT-CHW |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 22, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 12th day of February, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk