IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ADRIAN HOWARD,                          *

          Movant,                   *

v.                                              Case No.  5:21-cr-53-MTT-CHW-1

                               *   Case No. 5:24-cv-376-MTT-CHW

UNITED STATES OF AMERICA,

          Respondent.               *

_____    *

**J U D G M E N T**

Pursuant to this Court's Order dated June 29, 2026, having accepted the recommendation of the

United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

Certificate of appealability is also denied.

This 1st day of July, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk